Davon Chadewick White vs New York City, The Office of Chief Medical Examiner
Sandra Day O'Connor U.S. Courthouse
Case #
February 9th, 2026 Motion

**Motion of Intellectual Note:**

Considering the above quoted from chapter 10 my mention hinting succinctness mentioned in the "Disclaimer" on pg. 1 of the "Loss of Sepulcher" federal claim is limiting, another is not bound by the limits.

*"Sometimes mixed methods researchers will collect information from the same number of individuals in the qualitative and quantitative databases. This means that the qualitative sample increases,* ***limiting the amount of data collected from any one individual****. Another approach would be to weight the qualitative cases to equal the N in the quantitative database.* ***One other approach taken by some mixed methods researchers is not to consider the unequal sample sizes a problem****. They would argue that the intent of qualitative and quantitative research differs (one to gain an in-depth perspective and the other to generalize to a population) and that each provides an adequate account. Another issue in sampling is whether the individuals for the sample of qualitative participants should also be individuals in the quantitative sample. Typically, mixed methods researchers include the sample of qualitative participants in the larger quantitative sample. Ultimately, researchers make a comparison between the two databases, and the more they are similar, the better the comparison."*

Research Design: Qualitative, Quantitative and Mixed Methods Approaches. Sixth Edition. By John W. Creswell and J. David Creswell

I mean I suppose this isn't the Library of Congress in D.C., the largest library on the face of this planet.

*Sandra Day O'Connor U.S. District Courthouse of Arizona, you are not alone. You and the nine canals (covering 180 miles) in Phoenix and Phoenix metro area stand as federal territory/land here.*

*Chris Dobson running for president of the SRP (Salt River Project)*

*I'll admit the Salt River in Phoenix, certainly doesn't have much water, but in other parts of the state, outside of desert, the Salt River has plenty water from which we get and have got water many decades (other than the Colorado River which also runs through downtown Austin, capital of Texas). The SRP and nine canals provide water for 2.5 million people....*

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.

*Disclaimer:*

~~I've seen my share of twice+-the-mass-of-dictionary-filings sitting in the federal court clerk's office plus, Sat in on Brighyon Ware (Superior Court of Maricopa County) sentencing mitigation (?) February 5th, 2026 = 390+ days credited of 2½ year sentence (armed robbery, aggravated robbery, theft, etc.) (he looks 14 near his age around the time of the crime)~~ *DCW Just noticed Arizona juvenile records may be sealed since crime happened prior to 18 years age. So I won't say: although I will mention that I suggested

~~And the start of Jesus Galvez Felix sentencing (?) (felony drugs…).~~ recidivism would lower if correction were done correctly such as showing "what was done" versus what should have been ~~done~~ *DCW in private mediation/

~~I stepped out right before they sentenced Jesus; to get names from the docket but I'm thinking Jesus got 5 years….~~ counseling sessions, Something I would do, I've mentioned were I to own a private prison (an option

~~I could be wrong~~ for corporation[s].) Such as: so you robbed for "1,000 or $14,000 whereas you could have earned that $14,000, twice that+ in 365 days, not 2 days by standing on a corner with a sign or starting your

~~He seemed ready to give up all his rights to plead guilty, which he did.~~ own business or 8 other scenarios…" And Jesus there is a such thing as recreational vs addictive drug use ie THC that is legal in AZ, California

~~Using an interpreter: I liked judge Suzanne M. Nicholls version better the other court interpreters….: quietly spoke to him/Jesus via headphones: he/Jesus also answered the judge quietly (not loudly)~~ now New York, Colorado, etc… once every 10 days doesn't turn you into the drug you're doing … and 8 other scenarios.

~~She had them turn on white noise while he discussed with his attorney~~

~~So, I get it: I'll make this short.~~ under rule of Diversity of Citizenship 28 U.S.C. §1332, I shall file this loss of sepulcher case in federal court

About the 500 million in relation to the loss of sepulcher I experienced with the loss of my spouse

It ($500Million) is an amount I might've been asking for in my GoFundMe to raise to purchase a home for Cardice and I to live in prior to, during and after his death. One of my videos https://youtu.be/4m0vLdkdfDA?si=hHYw1-YbwaERY_JD clip 3 better shows the deleted campaigns as well as the current campaign https://youtu.be/HUKX3-lQCQ0?si=La7qMHufG8Rluian that may not show the campaign directly as GoFundMe deletes the campaign if it doesn't raise enough funds in a year (against my judgment) other of my YouTubes actively show my attempting to become famous and or gain the needed subscribers to in New York city (https://youtu.be/jLTA0k2OO50?si=PsEu-jQ2olIkv5Ab , Promoting in Manhattan Clip 3) (Promoting in Manhattan Clip 1, https://youtu.be/ShhJFR_379M?si=ptpriS3DHd4Fmtyk excuse the blur the flyer in this clip as you can see paused on minute 3:23 of 8:48 states "CHECK ME ON YOUTUBE: I HAVE OVER 1,000 CLIPS: DAVON CHADEWICK WHITE " the same thing the flyers say in Clip 3 shared above and the clip in Queens) ( Promoting my YouTubes in Queens, Davon Chadewick White https://youtu.be/XjqPyIb2HeY?si=oUcg9kOGx4oW1DeF ) (Pausing on second 00:03 of the 7 minute 5 second video titled "Promoting in Staten Island, shows the flyer stating "Check Me On YouTube: I have over 900 videoclips: Davon Chadewick White https://youtu.be/D359-0OFKEk?si=PvPb6hBJr1mGEZik , I attest that each of those locations, Staten Island, Manhattan, queens i distributed at least 20 to 40 flyers maybe 100, this particular one in mailboxes of Staten Island versus news boxes and or mail-slots in Manhattan (off camera i may have done more) please cardice was alive then

Thank the lady librarian for assisting with printing…

and i we were living together in a Staten Island EPU (emergency placement unit)) (this next clip shows me promoting with a sign on a train in NYC, another spot i passed flyers out and or off camera: this time with a sign tied on my stating: Davon Chadewick White, Inc. www.dcwdcw.com (Cardice and I still married at the time, while he was alive) https://youtu.be/yp202Nu-uZI?si=Ej5Ksa21quqPYP7k ) (Another video (though blurry showers flyer placement at a train stop in queens) shows flyer placement, you can defer the content from the Manhattan and Staten Island videos named above, https://youtu.be/5n7oJ1qBqB4?si=JeSSOdP36piN7gD8 ) (Another clip shows on a train in Queens another set of flyers that state clearly (pausing somewhere at minutes 1:26 thru 1:28 of the 13:44 minute video) despite previous blurriness "Davon Chadewick White, I have over 800 video clips on seven channels: Check me out on YouTube: resrarch residential music exercise education church haircare general contracting and more, www.dcwdcw.com" https://youtu.be/T8TZYQ7KJ0I?si=d_bEbYHNCsKp3pMW, Cardice was alive then, and we were married) (in a clip in Brooklyn, you can see at a subway stop my flyer hanging (paused at minute 2:00 of the 21:29 minute video) stating "Davon Chadewick White: that is... I have over 800 clips on seven channels: CHECK ME ON YOUTUBE: https://youtu.be/esWc7SW1OQg?si=C-RK8H1NBgSZiciB in that same clip see me hanging another flyer in a business residential neighborhood of Brooklyn around minute 8:28 ) (Lastly this clips shows me passing out flyers in the Bronx including a financial service business and a barber shop (between minute 3:40 and 4:05 and the contents of the flyer paused on minute 5:09 of the 5:12 minute video clearly shows the flyer say: "Check Me Out On YouTube: I have nearly 1,000 videoclips: Davon Chadewick White"https://youtu.be/swqfeps9IRI?si=_OXPcGlHu3kMHSwc ) (Cardice was alive during all these flyers) and other places around the country (passing out flyers on cars (on the Hollywood Walk of Fame you can see in parts of video) in Hollywood https://youtu.be/2XmihuIaSMg?si=tZbMFAtYYzoRpyeR) this next clip promoting in Hollywood shows paused on second 00.02 of the nearly 60:00 minute video:100 more cards other than the first clip you can clearly see states "Davon Chadewick White, a real estate, music and think tank company www.dcwdcw.com: Hay, I'm just trying to achieve the American Dream" https://youtu.be/D6R93VJBzJw?si=E6Lu17VKCGyunPLt) via promoting via flyers (another short promoting in Los Angeles https://youtu.be/vpJndaa70ao?si=bopOLiev9E5ztHFx) minute:second 1:56 (paused) of 5:31 video shows my large sign displaying on Hollywood walk of fame "To see my movie of how I survive as a homeless man with my own company type my name: Davon Chadewick White on YouTube. " https://youtu.be/DvpTBE9beKY?si=0YV7CJolusUJ_6YG ) (this clips shows me promoting in Birmingham Alabama https://youtu.be/8UXv3nyjkvk?si=aAjZEusgKWDgJy8G) (this clip (among several) shows me promoting in Miami https://youtu.be/x2-waoAJ1t0?si=EG6S_DsufBJA0U4x) (i

would guess at least 5000 in several states) Though strangely unachieved, I was working on it. Also, another YouTube shows cardice and I at a multimillion dollar home that was on the market in Brooklyn (2458 National Dr. https://youtu.be/ex29Z8ZfOT0 ) I was showing him in which i in video say "this is the home i want for us" he concurred. Another time off video, he mentioned to me of my work, and my crying out to him about my company and home purchase attempt, "buy us the home".

One of the things i had been trying to do with and for cardice before he passed was get him to help more with my company and purchase of a home....

An extra 100 million for pain and suffering and loss of sepulcher as I was denied the rights to even try and have a small funeral (even if it were 2 or 4 people and a small choir for Cardice's funeral).

Also, though his sister Cassandra offered to send me his ashes at least I guess two years after his death via an Instagram message (I believe, how would I have known by then that they were his ashes and that she hadn't swapped them out?

I was completely stripped of any rights by the city.

For cases against New York City, funeral home, maybe family

When i take a trip there soon to file the civil complaint and law Suit in the city

I would also like to simultaneously file on counteracting any statute of limitations in this case maybe in federal court seeing the homelessness, which I have shown in a few videos where I lived the tent in for a month in L.A. ( https://youtu.be/02u1XsfqcgY?si=FzIk8yFTA7OCawdj ) (another video also titled tent show me living out of a U-Haul van for another month in la https://youtu.be/4B9yL-VcDRg?si=bp7YGNsy7VZZizqb ) maybe a couple other videos show benches (this one, titled “Homeless Living 9 of 10) https://youtu.be/G-o2O5Bnb50?si=rz3DMCq3J_vUaSk10

clip 9 shows me sleeping wrapped in cover on bench in Colorado clip 1 show me arriving at the bench and dressing it before fitting it in my tarp and comforter for the evening (video titled "Homeless Living – 1 of 10" https://youtube.com/shorts/UvOp98s1-l4?si=cAYKL_pMCKOHA280 ) (another video shows where I slept a couple nights at one spot just outside Hollywood https://youtu.be/zPY3oLwVwig?si=CVUm-dFTx3Mz7Qcm ) (another shows where I slept on a bench in DC in freezing 16 degree weather https://youtu.be/1cbhfVc5_b8?si=mm4MAhXODiRng6Md, the next clips shows me on that same bench the next morning https://youtu.be/N_5kgDcQmgY?si=90AgVIZpeOgrgmon , proving the hardship that other than a few one night three or four nights hotel stays every now and again I have been street homeless since his death causing the confusion and or hardship that disallowed my ability or know how to sue.

For the case to show hardship to overturn the statue of limitations or at least tolling it beyond the three shown above showing hardship: this clip reiterates the point of the space I slept outdoors in L.A. https://youtu.be/TffyJgClVdk?si=agEwqefxr0xVUXq5 most nights and locations not video'd such as the benches in Phoenix, the concrete in Goodyear, the beauty shop for a month or two in Inglewood another time a slab of concrete I slept on without a tent (on a very nearby adjacent slab on Prairie instead of Manchester, at that intersection in Inglewood California) for I would guess at least or two (I for some reason capture that spot the night I got the tent https://youtu.be/lmmb1dM4G8A?si=hBIkIEyugla-7MaN shows the morning after that first night with the tent (despite I slept on it before or after for a month or more off and on on the bare concrete with a tarp and comforter or blanket (without the cover up a tent, instead the tarp strung together to create an extra sleeping bag effect with the ends over it covering my blanket and or comforter) Again most times and locations un-camera'd another shows me homeless sleeping on a bench with my comforter in Daytona beach https://youtu.be/qnNKgbXYH0U?si=5XM_Th30PWSWs6BK again I reiterate the most locations and times I experience homelessness not on camera I do have some examples here's another with the five above this one I talk of my homelessness in Richmond, Virginia https://youtu.be/1LM25kfZVvA?si=9hpn0PW5L7teiGVJ although I don't show in video where I slept in U-Haul vehicles or on bench im guessing this video of me panhandling in Richmond https://youtu.be/hYJroiMosS0?si=KdVunJjRNHYw7P0p in front of a food lion and or dollar tree depicts my homelessness and hardship this blanket (maybe the same as the one from the video in DC me sleeping on a bench) in a video in Orlando https://youtube.com/shorts/1nseX2X3vc0?si=EvwcgdDsTqx25hpW me taking a walk in Orlando a morning after crashing outdoors covered in the blanket to keep warm against a cool morning (again one of many nights stayed outdoors before his passing of which

I'd have many following his passing up to the night I am writing this, not to mention other the videos mentioned and nights mentioned the month or two I slept in dusty U-Haul vans I rented suited up with an air mattress)

It also shows the company i started when I was with him in attempt to do the same, whose website is also available via the internet. Cardice knew of Davon Chadewick White, Inc. a real estate, music and think tank company, a "venue" I used to try and amongst other things, raise money for a home for us....

Despite our separation the New York City government has the history of our break ups and get back togethers via their database which hints at our attempted tries at success in relationship, also of whose history hinted and caused me to think in 3 days after he died had he not i could retire from working so hard at the company (my YouTubes and Davon Chadewick White, Inc. business (www.dcwdcw.com) get back with him and work more on his character and being his slave or serving him first as my needs in my duties realizing he would get to the portion of my work id done for him (I was trying to buy us a home, and help us touch the world and make it a little bit better (find out about my ending homelessness globally requests via my think tank, Davon Chadewick White, Inc. is a real estate, music and think tank company) when he got to it. That however never happened when he died, unexpectedly blocks from where I stayed (despite us being separated we did take advantage of our proximity to each other (he passed away near Harlem, on Lexington Ave, just blocks away from where I was on Madison Ave (both of us near 125th) (I remember at least twice we met up, one time me giving him money for food) just as with other times I visited him at his room times and or he visited me before we got back together (being housed and sharing a bed together) such history occurring several times as was in rare situation indicated that it could happen again and again what i was expecting and planning on when I was called with his death

In addition: Los Angeles video before his death shows me trying for the money in Hollywood (at least two videos due in two different formats (seen above): one via a large sign another via handouts another in north Carolina prior to his death and all during our marriage as cardice and I got married after at the start of my channels prior to my 3000 of the over 3300 clips....) and prior to my official incorporation which happened during our marriage at least 3 ½ years before his death we can say at least for since I remember being on the phone with (even during one of those official separations) cardice about the home purchases while at a Granville Dr. property in

videos and that was on my proposal I sent to over 200 bankers proof of which I have in videos too).

That phone call was at the day of the start of my business maybe around 9/27/2017 months before my official incorporation on 8/23/2018 and at or around my first visit (and claim to which i lost) to the Granville property

Yep I remember the call i was sitting in the den (in the house alone with God) of 3005 Granville Dr. on the phone with him trying to get him to come and help me with my company (he didn't) giving him my business ideas of which the proposal (of which is on YouTube https://youtube.com/shorts/tPHrlemK3bo?si=08fIDB5pRLYhbORE also see in another clip https://youtu.be/hOZSVxZ1HLw?si=b3b6z0g3Cjj3fxFw (written while married to Cardice and he was alive) and available (one for 3.1 billion another for 550 billion including much charity that turned into a final number of 9 trillion with the near completion of my B.A. degree (you can see the writing in the think tank blog entry title "The Cost of Ending Homelessness" on the website of Davon Chadewick White, Inc. a real estate, music and think tank company at www.dcwdcw.com ) that would end homelessness globally 100 million for me for example would be less than 1% of the project cost) may have been written and sent out with 24 hours

He later (years) again did "just buy us the house."

Or seemingly he did (help) in his death?

Excuse me i meant 3009 Granville drive (although the proposal includes both and the main house I wanted to be our main home 12324 Birchfalls Dr (also in proposal) (apart from this "in town home" closer to everything...)

12324 Birchfalls drive the home discovered and picked while lying in bed "at what could equate to a shelter (an emergency placement unit room in the Bronx) searching my phone for a home Cardice (RIP) sitting up back erect on the edge of the bed quietly talking studiously about something no more than ½ related maybe (I hardly heard what he said...) on this night though 12324 Birchfalls drive was the home i picked before I arrived in NC I hadn't visited it yet upon the official proposal when I did (conceived and

written at 3009 Granville Dr, home on the market in Raleigh, also in proposal) maybe on 2nd visit (after 3009 to 12324 Birchfalls) I got footage of the exterior

Long story short these are the things curtailed by his death or representative of the fees related to the loss

Certain videos show our being together (one in another emergency placement unit we stayed in together (a short from our lying together at an EPU unit in Staten Island one we shared for maybe two months or at least on two occasions or housing's from the city after break ups or legal separations I believe... this next clip show cardice and I on the Staten Island ferry one day https://youtu.be/Ikojl10hqxk?si=JQ9RL862AAugJF6c , I would guess at least 4 or 5 (alone I would guess 10 to 14 I stayed in over 2 to 3 years in NYC) one unit the two of us stayed in twice near marriage then years later before his death (I mentioned) maybe two one in Staten island one in Manhattan we also stayed at the one in the Bronx that I discovered the listing (across the street from one i had stayed in prior to meeting him while a Brittany Beauty School student and eventually church musician at Bronx Church of God in Christ, a church cardice visited with me I was training on organ at before I met him in fact my first live video (long, other than a YouTube short a couple days before, was at Bronx Church of God in Christ me on organ https://youtu.be/YhAV--E0_No?si=AW9lq2SD7OJez0ZY ) beyond the many hospital visits (his medical records would like show hospital bills and or visits amongst I'm guessing three to five times I have ridden the ambulance with him another handful visiting him during his inpatient care in the mental ward (if we were housed together or even if we weren't and I found out : : : : about it, you'd likely find me in the visitor log if the hospital (I was the only person that was guess with Cardice at Harlem Hospital while he was having a surgery, Another time me visiting him while either he was inpatient or outpatient we spent a night there at Richmond University Hospital in Staten Island on Castleton Ave. (another time at another hospital in Manhattan, I believe another in the Bronx, also while in Sumter (2016) I visited Cardice in the hospital there) i experienced with cardice in his mental emergencies perhaps separate from my visits to him while he was housed there for a month on similar emergencies i attempted to curve his appetite for drugs with the business one of my think tank writings ("Recommended Drug Diet" (allow a few seconds to load?): But it in the think tank you can find manually or try this link https://dcwdcw.com/think-tank/f/recommended-drug-diet): in the company website: proposes a working drug regimen that could curve overuse of drug probably inspired by my experience with him.

Cardice was starting a religion and writing a book, of which I convinced him to teach (beyond his rants and or teachings to me) the such on Facebook and in his email. I started his YouTube channel and introduced him to the world. While I'm working on my masters: one of my recent assignments for my Entrepreneurial Marketing class, I shared two of his videos (on the channel I started for him) one teaching his Earth religion https://youtu.be/TeadpRj9eH8?si=yvtjX4n5MX8DpXRV and another his Sun religion https://youtu.be/Tg9mWZ2jeiw?si=vfFPsDa3sJbcjM55 (you can hear me and sometimes see me in the background) (in appreciation of both) he also talked of the sky, of which he insisted I called him ("Sky") (angered when I didn't) since his death i have an appreciation of the sky (his channel separate from mine) separate from my NASA visit video in D.C ( https://youtu.be/bsSmWzROSz0?si=kpxnlzb5ZanxBepl I think intrinsically inspired from the his likeness of the sky). I homeless often look more now to the sky, clouds, stars moon even the suns shifting placement thinking of my outdoor homelessness over nearly 4 seasons currently in phoenix (separate from my four-season experienced prior in the Denver metro area) I don't know that I would have appreciated the seemingly shift of the sun rise and sunset (although the actual shift is in the earth) had I not been met Sky or thought of it that way

Nevertheless, as my Fundrise indicates in another https://youtu.be/qCHFKmvRYo4?si=ehH8mH2LFulU1FGe video, upon failure to obtain the initial properties my focus and GoFundMe campaigns moved to other properties (in other states even the one in New York city or 8272 e left fork in Utah while he was a live, I hadn't given upon his death nor after....)

Even my address 232 s 12th Ave listed on this court suit as i had to travel to New York to file suit is that of a shelter (I receive mail at seeing they didn't have room for me when I arrived, the numerous benches I've slept on in phoenix this year while during the day working on my masters currently proceeded by the the concrete slabs benches and one tent the 9 months prior i slept on in L.A. and or Inglewood following the same near phoenix in Goodyear following the same in Denver metro area (Littleton and etc.) Following the same in my hometown Raleigh the same in Miami and Alabama etc. Indicates the years of homelessness up to this day from the day off leaving an emergency placement unit after his death of which we were legally married during and of which time I was still fighting for a hone for us including the ones prior in some of those same states

20191111 1645401

"20191111 1645401/Davon Chadewick White" YouTube for me walking behind C.A.

The hotel stays seen on YouTube during those videos the only break from such those limited to probably less than 10% of the time the other 90% outdoors. The longest stays maybe two months in a hotel the two months apart from each other one while finishing my last semester for B.A. degree the other around the time the degree was issued before and after back to streets the only other separation 7 months at a super 8 from panhandling money (I learned from cardice) I stayed there right after his death followed by returning to the streets of North Carolina

The only time during our marriage apart from "shelter" we visited NC for Christmas staying at a couple hotels followed by us living in a trailer for maybe 6 months "honeymoon trailer" in his hometown of Sumter, the at least couple of separations during that time I found myself on the streets of Miami and or Alabama before returning to cardice in a freezing trailer with our puppy and kittens I promptly used my finances to turn on the lights and cable that was 2016 records with the coworker office in NYC indicate the times we lived together after that up to the start of his channel (I created and was his cameraman for) and after me trying to get a home for us up to his death.

God rest his soul, I remember being shocked and emptied by his sister's charity's call (God rest her soul) (it should've been the police department as the spouse I was next in kin) me having to call the examiner's office for updates on his autopsy and not them calling me and not them calling me to decide what to do with his body seem illegal due to our marriage of which is noted in the system I found in a government library prior to his death on YouTube. The funeral home, family and mainly the city, of which handled and discovered his death through agencies failed at the legal thing to do at the death of a married person. That is for what I am suing New York City.

hospital visits i experienced with cardice in his mental emergencies perhaps separate from my visits to him while he was housed there for a month on similar emergencies i attempted to curve his appetite for drugs with the business one of my think tank writings in the company website proposes a working drug regimen that could curve overuse of drug probably inspired by my experience with him.

Cardice was starting a religion and writing a book, of which I convinced him to teach (beyond his rants and or teachings to me) the such on Facebook. I started his YouTube channel and introduced him to the world. While I'm working on my masters one of my recent assignments for my Entrepreneurial Marketing class I shared two of his videos (on the channel I started for him) one teaching his Earth religion and another his Sun

religion (in appreciation of both) he also talked of the sky, of which he insisted I called him (angered when I didn't) since his death i have an appreciation of the sky (his channel separate from mine) separate from my NASA visit video in D.C. I homeless often look more now to the sky, clouds, stars moon even the suns shifting placement thinking of my outdoor homelessness over nearly 4 seasons currently in phoenix (separate from my four-season experienced prior in the Denver metro area) I don't know that I would have appreciated the seemingly shift of the sun rise and and sun set (although the actual shift is in the earth) had I not been met sky or thought of it that way

Nevertheless as my Fundrise indicates and other video, upon failure to obtain the initial properties my focus and GoFundMe campaigns moved to other properties (in other states even the one in New York city or 8272 e left fork in Utah while he was a live, I hadn't given upon his death nor after....)

Even my address 232 s 12th Ave listed on this court suit as i had to travel to New York to file suit is that of a shelter (i recieve mail at seeing they didnt have room for me when I arrived, the numerous benches I've slept on in phoenix this year while during the day working on my masters currently proceeded by the the concrete slabs benches and one tent the 9 months prior I slept on in L.A. and or Inglewood following the same near phoenix in Goodyear following the same in Denver metro area (Littleton and etc.) Following the same in my hometown Raleigh the same in Miami and Alabama etc. Indicates the years of homelessness up to this day from the day off leaving an emergency placement unit after his death of which we were legally married during and of which time I was still fighting for a hone for us including the ones prior in some of those same states

The hotel stays seen on YouTube during those videos the only break from such those limited to probably less than 10% of the time the other 90% outdoors. The longest stays maybe two months in a hotel the two months apart from each other one while finishing my last semester for B.A. degree the other around the time the degree was issued before and after back to streets the only other separation 7 months at a super 8 from panhandling money (I learned from cardice) I stayed there right after his death followed by returning to the streets of North Carolina

The only time during our marriage apart from "shelter" we visited NC for Christmas staying at a couple hotels followed by us living in a trailer for maybe 6 months

"honeymoon trailer" in his hometown of Sumter, the at least couple of separations during that time I found myself on the streets of Miami and or Alabama before returning to cardice in a freezing trailer with our puppy and kittens I promptly used my finances to turn on the lights and cable that was 2016 records with the coworker office in NYC indicate the times we lived together after that up to the start of his channel (I created and was his cameraman for) and after me trying to get a home for us up to his death.

God rest his soul, I remember being shocked and emptied by his sister's charity's call (God rest her soul) (it should've been the police department as the spouse I was next in kin) me having to call the examiner's office for updates on his autopsy and not them calling me and not them calling me to decide what to do with his body seem illegal due to our marriage of which is noted in the system I found in a government library prior to his death on YouTube. The funeral home, family and mainly the city, of which handled and discovered his death through agencies failed at the legal thing to do at the death of a married person. That is for what I am suing New York City.

On Wed, Nov 12, 2025, 8:34 AM Davon White <davon.chadewick.white@gmail.com> wrote:

500 million as an amount i might've been asking for in my GoFundMe to raise to purchase a home for Cardice and I to live in prior to, during and after his death. One of my videos that may not show the campaign directly as GoFundMe deletes the campaign if it doesn't raise enough funds in a year (against my judgment) other of my YouTubes actively show my attempting to become famous and or gain the needed subscribers to in New York city and other places around the country via promoting via flyers (I would guess at least 5000 in several states) Though strangely unachieved, I was working on it. Also, another YouTube shows cardice and I at a multimillion-dollar home that was on the market in Brooklyn I was showing him in which I in video say "this is the home i want for us" he concurred. Another time of video, he mentioned to me of my work, and my crying out to him about my company and home purchase attempt, "buy us the home".

One of the things i had been trying to do with and for cardice before he passed was get him to help more with my company and purchase of a home....

An extra 100 million for pain and suffering and loss of sepulcher as I was denied the rights to even try and have a small funeral (even if it were 2 or 4 people and a small choir for Cardice's funeral).

Also, though his sister Cassandra offered to send me his ashes at least I guess two years after his death via an Instagram message (I believe, how would I have known by then that they were his ashes and that she hadn't swapped them out?

I was completely stripped of any rights by the city.

For cases against new york city, funeral home, maybe family

When i take a trip there soon to file the civil complaint and law Suit in the city

I would also like to simultaneously file on counteracting any statute of limitations in this case maybe in federal court seeing the homelessness, which I have shown in a few videos where I lived the tent in LA maybe a couple other videos show benches, proving the hardship that other than a few one night three or four nights most hotel stays every now and again I have been street homeless since his death causing the confusion and or hardship that disallowed my ability or know how to sue.

It also show the company i started when I was with him in attempt to do the same, whose website is also available via the internet.

Despite our separation the New York City government has the history of our break ups and get back together via their database which hints at our attempted tries at success in relationship, also of whose history hinted and caused me to thing in 3 days after he died had he not i could retire from working so hard at the company get back with his and work more on his character, needs in my duties realizing he would get to the portion of my work id done for him when he got to it. That however never happened when he died, unexpectedly blocks from where I stayed (despite us being separated we did take advantage of our proximity to each other (I remember at least twice we met up, one time me giving him money for food) just as with other times I visited him at his room times

and or he visited me before we got back together such history occurring several times as was in rare situation indicated that it could happen again again what i was expecting and planning on when I was called with his death

In addition: Los Angeles video before his death shows me trying for the money in Hollywood (at least two videos due in two different formats: one via a large sign another via handouts another in north Carolina prior to his death and all during our marriage as cardice and I got married after at the start of my channels prior to my 3000 of the over 3300 clips....) and prior to my official incorporation which happened during our marriage at least 3 ½ years before his death we can say at least for since I remember being on the phone with (even during one of those official separations) cardice about the home purchases while at a Granville Dr. property in videos and that was on my proposal I sent to over 200 bankers proof of which I have in videos too).

That phone call was at the day of the start of my business maybe around 9/27/2017 months before my official incorporation on 8/23/2018 and at or around my first visit (and claim to which i lost) to the Granville property

Yep I remember the call i was sitting in the den (in the house alone with God) of 3005 Granville Dr. on the phone with him trying to get him to come and help me with my company (he didn't) giving him my business ideas of which the proposal (of which is on YouTube and available (one for 3.1 billion another for 550 billion including much charity that turned into a final number of 9 trillion with the near completion of my B.A. degree) that would end homelessness globally 100 million for me for example would be less than 1% of the project cost) may have been written and sent out with 24 hours

He later (years) again did "just buy us the house."

Or seemingly he did (help) in his death?

Excuse me i meant 3009 Granville drive (although the proposal includes both and the main house I wanted to be our main home 12324 Birchfalls dr (also in proposal) (apart from this "in town home" closer to everything...)

12324 Birchfalls drive the home discovered and picked while lying in bed "at what could equate to a shelter (an emergency placement unit room in the Bronx) searching my phone for a home cardice sitting up back erect on the edge of the bed quietly talking studiously about some no more than ½ related maybe (I hardly heard what he said...) on this night though 12324 Birchfalls drive was the home i picked before I arrived in nc I hadn't visited it yet upon the official proposal when I did maybe on 2nd visit I got footage of the exterior

Long story short these are the things curtailed by his death or representative of the fees related to the loss

Certain videos show our being together (one in another emergency placement unit we stayed in together, I would guess at least 4 or 5 (alone I would guess 10 to 14 I stayed in over 2 to 3 years in NYC) one unit the two of us stayed in twice near marriage then years later before his death maybe two one in Staten island one in Manhattan we also stayed at the one in the Bronx that I discovered the listing (across the street from one i had stayed in prior to meeting him while a Brittany Beauty School student and eventually church musician at Bronx Church of God in Christ) beyond the many hospital visits i experienced with cardice in his mental emergencies perhaps separate from my visits to him while he was housed there for a month on similar emergencies i attempted to curve his appetite for drugs with the business one of my think tank writings in the company website proposes a working drug regimen that could curve overuse of drug probably inspired by my experience with him.

Cardice was starting a religion and writing a book, of which I convinced him to teach (beyond his rants and or teachings to me) the such on Facebook. I started his YouTube channel and introduced him to the world. While I'm working on my masters one of my recent assignments for my Entrepreneurial Marketing class I shared two of his videos (on the channel I started for him) one teaching his Earth religion and another his Sun religion (in appreciation of both) he also talked of the sky, of which he insisted I called him (angered when I didn't) since his death i have an appreciation of the sky (his channel separate from mine) separate from my Nasa visit video in D.C. I homeless often look more now to the sky, clouds, stars moon even the suns shifting placement thinking of my outdoor homelessness over nearly 4 seasons currently in phoenix (separate from my 4 season experienced prior in the Denver metro area) I don't know

that I would have appreciated the seemingly shift of the sun rise and and sun set (although the actual shift is in the earth) had I not been met sky or thought of it that way

Nevertheless, as my Fundrise indicates and other video, upon failure to obtain the initial properties my focus and GoFundMe campaigns moved to other properties (in other states even the one in New York city or 8272 e left fork in Utah while he was a live, I hadn't given upon his death nor after....)

Even my address 232 s 12th Ave listed on this court suit as i had to travel to New York to file suit is that of a shelter (I receive mail at seeing they didn't have room for me when I arrived, the numerous benches I've slept on in phoenix this year while during the day working on my masters currently proceeded by the the concrete slabs benches and one tent the 9 months prior I slept on in LA and or Inglewood following the same near phoenix in Goodyear following the same in Denver metro area (Littleton and etc.) Following the same in my hometown Raleigh the same in Miami and Alabama etc. Indicates the years of homelessness up to this day from the day off leaving an emergency placement unit after his death of which we were legally married during and of which time I was still fighting for a hone for us including the ones prior in some of those same states

The hotel stays seen on YouTube during those videos the only break from such those limited to probably less than 10% of the time the other 90% outdoors . The longest stays maybe two months in a hotel the two months apart from each other one while finishing my last semester for B.A. degree the other around the time the degree was issued before and after back to streets the only other separation 7 months at a super 8 from panhandling money (I learned from cardice) I stayed there right after his death followed by returning to the streets of North Carolina

The only time during our marriage apart from "shelter" we visited NC for Christmas staying at a couple hotels followed by us living in a trailer for maybe 6 months "honeymoon trailer" in his hometown of Sumter, the at least couple of separations during that time I found myself on the streets of Miami and or Alabama before returning to cardice in a freezing trailer with our puppy and kittens I promptly used my finances to turn on the lights and cable that was 2016 records with the coworker office in NYC indicate the times we lived together after that up to the start of his channel (I created and was his cameraman for) and after me trying to get a home for us up to his death.

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.

God rest his soul, I remember being shocked and emptied by his sister's charity's call (God rest her soul) (it should've been the police department as the spouse I was next in kin) me having to call the examiner's office for updates on his autopsy and not them calling me and not them calling me to decide what to do with his body seem illegal due to our marriage of which is noted in the system I found in a government library prior to his death on YouTube. The funeral home, family and mainly the city, of which handled and discovered his death through agencies failed at the legal thing to do at the death of a married person. That is for what I am suing New York

***Cardice obviously had value homes considering the two videos we did at high end properties (2458 national drive, brooklyn and 635 w 42nd st #45, manhattan) one in Manhattan one in Brooklyn and obviously, I, the spouse having had a gofundme, youtubes and propsals for very high end homes at least more than the final three years of his life (over half of our nearly 6 year marriage) for the two of us***

***159 e 115th if in the condition pictured could be stripped and renovated to portray, in Harlem, the class of park avenue mansions or the Harlem ("black neighborhood " Harlem) nice row houses seeing the value that should be inferred even formula-calculated at the assumption or trial of his spouse against New York City for such negligence, a city of whose people I tried to freely educate in construction, real estate and eventually travel options via passing out flyers in their mailboxes (verifiable on YouTube) or freely share my real government name on trains in the city for its riders to be able to the same (also verifiable on YouTube)....***

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.




**you can see Cardice walking behind me (later beside me) in video titled 635 W 42 St # 45**

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.




**OCTOBER 7th, 2020 PHOTOS (3month3days before his passing)**

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.




**OCTOBER 7th, 2020 PHOTOS (3month3days before his passing)**

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.




**OCTOBER 7th, 2020 PHOTOS (3month3days before his passing)**

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner,** for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.




**CARDICE'S YOUTUBE CHANNEL**

**THE EMAIL ADDRESS AND CHANNEL I ESTABLISHED FOR HIM TO SHARE HIS TEACHINGS**

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.



**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.




20191111 1645401
"20191111 1645401/Davon Chadewick White" YouTube for me walking behind Cardice....

**Davon Chadewick White vs The City of New York and the New York City Office of the Chief Medical Examiner**, for filing Loss of Sepulcher case against New York City in the death of Cardice Montgomery by and for his spouse: Davon Chadewick White.

**I AM AWARE NEED YOU, YOU COULD SUBPOENA A COPY OF OUR MARRIAGE LICENSE FROM THE RICHMOND COUNTY COURTHOUSE (STATEN ISLAND)**