**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Davon Chadewick White,<br><br>Plaintiff,<br><br>v.<br><br>City of New York, et al.,<br><br>Defendants. | No. CV-26-00844-PHX-KML<br><br>**ORDER** |

The court dismissed this case for lack of jurisdiction on February 12, 2026. (Doc. 7.) That same day plaintiff filed a "Motion to Enter Redacted Tax Forms." (Docs. 9, 10.) And the following day plaintiff filed a "Motion to Vacate Dismissal." (Doc. 11.) Because this case is closed, there is no need for plaintiff to file copies of tax forms. Therefore, his motion regarding tax forms is denied. Plaintiff's motion to vacate the dismissal does not identify any error in the court's conclusion that it lacks personal jurisdiction over defendants. Therefore, the motion to vacate dismissal is also denied.

Plaintiff should not file additional documents in this closed case except in furtherance of an appeal.

/
/
/
/
/

1  Accordingly,

2  **IT IS ORDERED** the Motion to Enter Redacted Tax Forms (Doc. 10) is **DENIED**.
3  The documents at Doc. 10 shall be filed on the public docket.

4  **IT IS FURTHER ORDERED** the Motion to Vacate Dismissal (Doc. 11) is
5  **DENIED**.

6  Dated this 18th day of February, 2026.

                                    _____
                                    **Honorable Krissa M. Lanham**
                                    **United States District Judge**

- 2 -